STATE OF MAINE                                          SUPERIOR COURT
KENNEBEC, SS.                                         CRIMINAL ACTION
                                                     Docket No.   CR-09-942

STATE OF MAINE

v.                                                      **DECISION**

JASON H. LOMBARDO,

        Defendant

Defendant has moved to suppress statements made by him while he was in custody and prior to being Mirandized.

The evidence on State's #1, a DVD of Mr. Lombardo at the police station, reveals that for most of the pre-*Miranda* period, neither Mr. Lombardo nor the officer booking him said anything at all. There are long, silent pauses while the officer types information into his computer.

The officer did ask for addresses, an update on tattoos, marital status, occupation, and girlfriend's name and number (she was coming to pick Mr. Lombardo up), but those are obviously standard booking questions not requiring a *Miranda* warning.

After learning what specific charges were under consideration, the officer informed Mr. Lombardo without asking him any questions. When Mr. Lombardo speculated that the charges were felonies, the officer said, "Yes." When Mr. Lombardo asked why he was being charged with conspiracy, the officer explained that he did not know, that it was not his case, and that Mr. Lombardo would have to be patient and wait for the detectives, who would answer all of Mr. Lombardo's questions. That is the opposite of an interrogation.

At one point, Mr. Lombardo started bemoaning his association with "bikers." He said he knew who the police were looking for. He said he would do the right thing as long as the police protected his daughter. The officer basically said nothing and continued to type into the computer. Once again, this is not an interrogation.

Early in the booking process, the officer asked Mr. Lombardo if he was feeling okay, and Mr. Lombardo responded that he was not guilty and that he should have stayed away from bad people. Also, when Mr. Lombardo was lamenting his fate, the officer said something to the effect that you have a voice on your shoulder telling you what to do. Then he asked about tattoos. That was as close as the officer got to asking questions or making a statement designed to elicit a response. Having watched the DVD, I am satisfied that these remarks did not come close to being an interrogation. There was no need to administer the *Miranda* warnings until the detectives arrived. When the detectives arrived they immediately and properly informed Mr. Lombardo of his rights.

The clerk will make the following docket entry by reference.

> Defendant Jason Lombardo's motion to suppress is denied in all respects.

DATED: 6/11/10

_V. S. Brodrick_
William S. Brodrick
Justice, Superior Court

2

DOB: 05/20/1971
Attorney: KEVIN SULLIVAN                         State's Attorney: EVERT FOWLE
          KEVIN P. SULLIVAN, ESQ P.A.
          21 WESTERN AVENUE SUITE 101
          AUGUSTA ME 04330-7342
          APPOINTED 04/27/2010

## Charge(s)

**1   AGGRAVATED TRAFFICKING OF SCHEDULE W DRUG   11/23/2009 WATERVILLE**
**Seq 11072 17-A  1105-A(1)(E)(1)          Class A**


**2   CRIMINAL CONSPIRACY                          06/25/2009 WATERVILLE**
**Seq 8370  17-A  151(1)(B)             Class B  Charged with COMPLAINT on Suppleme**


## Docket Events:

11/30/2009 FILING DOCUMENT -  CASH BAIL BOND FILED ON 11/23/2009

11/30/2009 Charge(s): 1
           HEARING -  INITIAL APPEARANCE SCHEDULED FOR 01/26/2010 @ 8:30

           NOTICE TO PARTIES/COUNSEL
11/30/2009 BAIL BOND - $1,000.00 CASH BAIL BOND FILED ON 11/23/2009

           Bail Receipt Type: CR
           Bail Amt:  $1,000
                                      Receipt Type: CK
           Date Bailed: 11/23/2009    Prvdr Name: JASON H LOMBARDO
                                      Rtrn Name: JASON H LOMBARDO

12/04/2009 Party(s):  JASON H LOMBARDO
           ATTORNEY -  RETAINED ENTERED ON 12/04/2009

           Attorney:  PETER RODWAY
01/21/2010 Charge(s): 1,2
           SUPPLEMENTAL FILING -  COMPLAINT FILED ON 01/21/2010

01/21/2010 BAIL BOND - $25,000.00 UNSECURED BAIL BOND FILED ON 01/21/2010

           Bail Amt:  $25,000
           Date Bailed: 11/23/2009
01/21/2010 BAIL BOND -  UNSECURED BAIL BOND BAIL RELEASED ON 01/21/2010

           Date Bailed: 11/23/2009
01/21/2010 BAIL BOND -  UNSECURED BAIL BOND RELEASE ACKNOWLEDGED ON 01/21/2010

Date Bailed: 11/23/2009
01/26/2010 BAIL BOND - CASH BAIL BOND CONTINUED AS POSTED ON 01/26/2010
DONALD H MARDEN , JUSTICE
Date Bailed: 11/23/2009
01/26/2010 Charge(s): 1
HEARING - INITIAL APPEARANCE HELD ON 01/26/2010
DONALD H MARDEN , JUSTICE
Reporter: TAMMY DROUIN
01/26/2010 Charge(s): 1,2
HEARING - STATUS CONFERENCE SCHEDULED FOR 03/23/2010 @ 10:00

01/26/2010 Charge(s): 1,2
PLEA - NO ANSWER ENTERED BY DEFENDANT ON 01/26/2010

01/27/2010 Charge(s): 1,2
HEARING - STATUS CONFERENCE NOTICE SENT ON 01/26/2010

03/23/2010 Charge(s): 1,2
HEARING - STATUS CONFERENCE HELD ON 03/23/2010
JOHN NIVISON , JUSTICE
DA: BRAD GRANT
ER
03/23/2010 HEARING - STATUS CONFERENCE SCHEDULED FOR 04/13/2010 @ 10:00

03/23/2010 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 03/23/2010

03/24/2010 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/23/2010
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
03/24/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL MADE ORALLY BY DEF ON 03/23/2010

03/24/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 03/23/2010
JOHN NIVISON , JUSTICE
COPY TO PARTIES/COUNSEL
03/24/2010 Party(s): JASON H LOMBARDO
ATTORNEY - WITHDRAWN ORDERED ON 03/23/2010

Attorney: PETER RODWAY
03/24/2010 Party(s): JASON H LOMBARDO
ATTORNEY - PARTIALLY INDIGENT ORDERED ON 03/23/2010

Attorney: JAMES BILLINGS
03/24/2010 HEARING - STATUS CONFERENCE NOTICE SENT ON 03/24/2010

03/25/2010 HEARING - STATUS CONFERENCE NOT HELD ON 03/25/2010

03/25/2010 Charge(s): 1,2
SUPPLEMENTAL FILING - INDICTMENT FILED ON 03/25/2010

03/25/2010 Charge(s): 1,2
HEARING - ARRAIGNMENT SCHEDULED FOR 04/27/2010 @ 8:30

03/25/2010 Charge(s): 1,2

HEARING - ARRAIGNMENT NOTICE SENT ON 04/09/2010


03/30/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 03/30/2010


03/31/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 03/31/2010
         NANCY MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL
03/31/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - WITHDRAWN ORDERED ON 03/31/2010


         Attorney: JAMES BILLINGS
03/31/2010 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 03/31/2010


04/05/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - RETAINED ENTERED ON 12/04/2009


         Attorney: PETER RODWAY
04/07/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 04/06/2010


         Attorney: PETER RODWAY
04/09/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 04/07/2010
         NANCY MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL
04/09/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - WITHDRAWN ORDERED ON 04/07/2010


         Attorney: PETER RODWAY
04/09/2010 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 04/07/2010
         NANCY MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL
04/09/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - APPOINTED ORDERED ON 04/07/2010


         Attorney: LISA WHITTIER
04/12/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 04/12/2010


04/27/2010 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 04/27/2010
         NANCY MILLS , JUSTICE
         COPY TO PARTIES/COUNSEL
04/27/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - WITHDRAWN ORDERED ON 04/27/2010


         Attorney: LISA WHITTIER
04/27/2010 Party(s): JASON H LOMBARDO
         ATTORNEY - APPOINTED ORDERED ON 04/27/2010


         Attorney: KEVIN SULLIVAN
04/27/2010 Charge(s): 1,2
         HEARING - ARRAIGNMENT HELD ON 04/27/2010
         NANCY MILLS , JUSTICE
         Defendant Present in Court


         READING WAIVED. DEFENDANT INFORMED OF CHARGES. COPY OF INDICTMENT/INFORMATION GIVEN TO

       DEFENDANT.  21 DAYS TO FILE MOTIONS
04/27/2010 Charge(s): 1,2
       PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 04/27/2010


04/27/2010 Charge(s): 1,2
       TRIAL -  DOCKET CALL SCHEDULED FOR 06/09/2010 @ 2:00


05/18/2010 Charge(s): 1,2
       MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 05/14/2010


05/18/2010 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 06/09/2010 @ 2:00

       NOTICE  TO PARTIES/COUNSEL
05/18/2010 HEARING -  MOTION TO SUPPRESS NOTICE SENT ON 05/18/2010


05/18/2010 Charge(s): 1,2
       MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 05/14/2010


05/18/2010 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 06/09/2010 @ 2:00

       NOTICE  TO PARTIES/COUNSEL
05/18/2010 HEARING -  MOTION FOR DISCOVERY NOTICE SENT ON 05/18/2010


05/27/2010 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 05/26/2010


05/27/2010 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 06/09/2010 @ 2:00

       NOTICE  TO PARTIES/COUNSEL
06/02/2010 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 06/02/2010


06/07/2010 MOTION -  MOTION TO CONTINUE DENIED ON 06/07/2010
       WILLIAM  BRODRICK , JUSTICE
       COPY TO PARTIES/COUNSEL
06/09/2010 Charge(s): 1,2
       MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 06/09/2010


06/09/2010 Charge(s): 1,2
       HEARING -  MOTION TO DISMISS SCHEDULED FOR 06/10/2010 @ 10:00

       NOTICE  TO PARTIES/COUNSEL
06/10/2010 HEARING -  MOTION TO SUPPRESS HELD ON 06/10/2010
       WILLIAM  BRODRICK , JUSTICE
       Attorney:  KEVIN SULLIVAN
       DA:  JAMES MITCHELL
       Defendant Present in Court
06/10/2010 MOTION -  MOTION TO SUPPRESS UNDER ADVISEMENT ON 06/10/2010
       WILLIAM  BRODRICK , JUSTICE
06/10/2010 Charge(s): 1,2
       HEARING -  MOTION TO DISMISS NOT HELD ON 06/10/2010


06/10/2010 Charge(s): 1,2
       MOTION -  MOTION TO DISMISS MOOT ON 06/10/2010

06/10/2010 HEARING -   MOTION TO SUPPRESS CONTINUED ON 06/09/2010

· 06/10/2010 HEARING -   MOTION FOR DISCOVERY HELD ON 06/10/2010
             WILLIAM  BRODRICK , JUSTICE
             Defendant Present in Court
06/10/2010 Charge(s): 1,2
             MOTION -   MOTION FOR DISCOVERY MOOT ON 06/10/2010

06/10/2010 Charge(s): 1,2
             MOTION -   MOTION TO SUPPRESS UNDER ADVISEMENT ON 06/10/2010
             WILLIAM  BRODRICK , JUSTICE
06/10/2010 Charge(s): 1,2
             TRIAL -   DOCKET CALL HELD ON 06/09/2010
             WILLIAM  BRODRICK , JUSTICE
             Defendant Present in Court
06/10/2010 Charge(s): 1,2
             MOTION -   MOTION TO CONTINUE MADE ORALLY BY DEF ON 06/10/2010

06/10/2010 Charge(s): 1,2
             MOTION -   MOTION TO CONTINUE GRANTED ON 06/10/2010
             WILLIAM  BRODRICK , JUSTICE
             COPY TO PARTIES/COUNSEL
06/10/2010 Charge(s): 1,2
             TRIAL -   DOCKET CALL SCHEDULED FOR 07/07/2010

06/11/2010 MOTION -   MOTION TO SUPPRESS DENIED ON 06/11/2010
             WILLIAM  BRODRICK , JUSTICE
             COPY TO PARTIES/COUNSEL
06/11/2010 ORDER -   COURT ORDER FILED ON 06/11/2010

        DEFENDANT JASON LOMBARDO'S MOTION TO SUPPRESS IS DENIED IN ALL RESPECTS

A TRUE COPY
ATTEST:  _____
                        Clerk